373 A.2d 1115

Commonwealth v. Archer, Appellant.

Argued March 15, 1977. Arthur L. Goldberg, with him Goldberg, Evans & Katzman, for appellant; Reid Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The matter is remanded to the court below for a Gagnon I hearing. See *Gagnon v. Scarpelli,* 411 U.S. 778, 93 S.Ct. 1756, 36 L.Ed.2d 656 (1973).

JACOBS and VAN der VOORT, JJ., dissent.